

| ZACHARY W. CARTER<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | MICHAEL K. GERTZER<br>Senior Counsel<br>E-mail: mgertzer@law.nyc.gov<br>Phone: (212) 356-2654<br>Fax: (212) 356-3509 |
|---|---|---|

June 1, 2016

**BY ECF**
The Honorable Marilyn D. Go
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: Pamela Brown v. City of New York, et al., 15 Civ. 5876 (JBW)(MDG)

Your Honor:

  We represent the defendants in this action and write jointly with plaintiff to provide a report to the Court concerning the status of settlement discussions between the parties.

  Defendants have responded to plaintiff's demand, and the parties are engaging in settlement discussions. At present, however, the parties are far apart.

  Thank you for your consideration herein.

                Respectfully submitted,

                Michael K. Gertzer
                Senior Counsel

cc: (all parties) Via ECF