UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

PAMELA BROWN,

                                               Plaintiff,

-against-

CITY OF NEW YORK; Police Officer JAMES HALEY,
Shield No. 10468; Sergeat JOSEPH CRUZADO, Shield No.
4330; and JOHN and JANE DOE 1 through 10, individually
and in their official capacities (the names John and Jane Doe
being fictitious, as the true names are presently unknown,
Defendants.

                                               Defendants.
-----------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

15-CV-5876 (JBW) (MDG)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

       1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
October 11, 2016

ROBERT MARINELLI
*Attorney for Plaintiff*
305 Broadway, 9th Floor
New York, NY 10007
(212) 822-1427

By: _____
Robert Marinelli
*Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
City of New York
*Attorney for Defendants City of New York, Haley and Cruzado*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Michael Gertzer
*Senior Counsel*

SO ORDERED:

_____
HON. MARILYN D. GO
UNITED STATES MAGISTRATE JUDGE

Dated: _____, 2016